652 So.2d 1290 (1995)
STATE of Florida, Appellant,
v.
David C. FARTHING, Appellee.
No. 94-1643.
District Court of Appeal of Florida, Fifth District.
April 21, 1995.
*1291 Robert A. Butterworth, Atty. Gen., Tallahassee, and Ann M. Childs, Asst. Atty. Gen., Daytona Beach, for appellant.
No appearance for appellee.
PER CURIAM.
We reverse and remand for resentencing. See State v. Conte, 650 So.2d 192 (Fla. 5th DCA 1995).
HARRIS, C.J., and PETERSON and GRIFFIN, JJ., concur.